1  Olaf W. Hedberg, SBN #151082
   Olaf W. Hedberg, Attorney at Law
2  901 H St., Suite 673
   Sacramento, CA 95814
3  (916) 447-1192
   Attorney for Defendant
4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | No. 11-CR-121 EFB |
| Plaintiff, | ) ) | STIPULATION AND ORDER |
| vs. | ) ) | Date: May 6, 2011 |
| VALERIE WALKER | ) ) | Time: 2:00 pm |
| | ) ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, RACHANA SHAH , Assistant Untied States Attorney, attorney for Plaintiff, OLAF HEDBERG, attorney for VALERIE WALKER., that the status conference now scheduled for May 6, 2011 at 2:00 pm be vacated and a new date of June 20, 2011, at **2:00 p.m.** be set for a change of plea. The defendant has recently received discovery and the parties have been negotiating the terms of a proposed plea agreement and will continue to actively do so.

It is further stipulated and agreed between the parties that the period beginning May 6, 2011 and ending June 20, 2011, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for

Page 1 of 3

defense preparation. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation, specifically the continuance is requested to allow counsel time to review discovery and conduct investigation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, June 20, 2011.

Dated this May 4, 2011

Respectfully submitted,
Dated May 4, 2011
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Valerie Walker

Dated this May 4, 2011

Benjamin B. Wagner
United States Attorney
/s/ Olaf Hedberg for Rachana Shah
Rachana Shah
Special Assistant U.S. Attorney

**ORDER**

**SO ORDERED**

DATED: May 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE